# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, A ZURICH NORTH AMERICA INSURANCE COMPANY | : No. 532 MAL 2014 <br> : <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Superior Court |
| v. | : <br> : |
| THOMAS W. BUDZOWSKI, INDIVIDUALLY, AND THOMAS W. BUDZOWSKI, ADMINISTRATOR OF THE ESTATE OF GLORIA J. BUDZOWSKI, DECEASED; MARK PALMER, INDIVIDUALLY, AND MARK PALMER, EXECUTOR OF THE ESTATE OF SANDRA PALMER, DECEASED; DAVID R. DICKENS; EILEEN M. DICKENS; MATTHEW S. DICKENS; ROBERT L. BARRON; JOYCE A. BARRON; ALLSTATE INSURANCE COMPANY; TRAVELERS INDEMNITY COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; CIGNA GROUP; CHURCH MUTUAL INSURANCE; SLIPSTREAM EXPEDITED SERVICES, INC.; EWA W. EHRLICH A/K/A EWA Z. EHRLICH A/K/A EWA WYPCHAL; STANISLAW J. ZYGMONT; AND S.E. LOGISTICS, INC. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF: SLIPSTREAM EXPEDITED SERVICES, INC. | : <br> : <br> : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.